IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| Civil Action No. 18-cv-1398 | ) | STIPULATION AND JOINT |
| | ) | UNOPPOSED MOTION |
| DALKITA, INC., | ) | TO SUBSTITUTE DEFENDANT |
| d/b/a DALKITA CONSTRUCTION | ) | DISTILLING CRAFT LLC FOR |
| | ) | REAL PARTY IN INTEREST |
| *Plaintiff*, | ) | DEVIN MILLS CONSULTING, LLC |
| | ) | |
| V. | ) | |
| | ) | |
| DISTILLING CRAFT, LLC and | ) | Civil Action No. 1:18-cv-01398-PAB-SKC |
| DEVIN MILLS, | ) | |
| | ) | |
| *Defendants*, | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| COLLEEN MOORE | ) | |
| | ) | |
| *Cross-Claim Defendant*. | ) | |

**STIPULATION AND JOINT UNOPPOSED MOTION TO SUBSTITUTE DEFENDANT DISTILLING CRAFT LLC FOR REAL PARTY IN INTEREST DEVIN MILLS CONSULTING, LLC**

Pursuant to Rule 21 of the Federal Rules of Civil Procedure, Plaintiffs and Counterclaim Defendants Dalkita, Inc. and Colleen Moore, (collectively "Plaintiffs") and Defendant Distilling Craft LLC ("Distilling Craft") through their respective counsel, hereby stipulate and jointly move the Court for an Order substituting in Devin Mills Consulting, LLC for Distilling Craft LLC as the real party in interest.

During the course of discovery, it was determined and affirmatively represented by Defendants Distilling Craft and Devin Mills, through counsel and discovery responses, that

1

Distilling Craft LLC (whose sole Member is Devin Mills) is not actually doing business as Distilling Craft LLC.  Namely, Distilling Craft LLC has no clients, provides no goods or services, has no revenue, has not spent any money advertising or promoting goods or services using the DISTILLING CRAFT trademark, and has no "Profit and Loss Statements" or other documents reflecting any revenue or expenses of the firm.  Instead, Devin Mills Consulting, LLC (also owned and operated by Devin Mills) is the real party in interest in this dispute that claims ownership of the distillingcraft.com website and promotes and sells products and services using the trademark at issue in this lawsuit.  Therefore, the parties jointly move to substitute Devin Mills, LLC for and in place of Defendant Distilling Craft LLC.  This request is being made as an alternative to requiring the Plaintiff to file an entirely new action against Devin Mills Consulting, LLC.

Devin Mills Consulting, LLC is a Colorado Limited Liability Company with its principal place of business within Colorado.  Devin Mills Consulting, LLC hereby consents to the jurisdiction of this Court by virtue of this filing. Devin Mills Consulting, LLC will continue to be represented by Scott Drusch of GOODSPEED & MERRILL, LLC. Plaintiff reserves all rights to seek to amend their Complaint under the Federal Rules of Civil Procedure to add Distilling Craft LLC, or bring a separate action, should Defendants' representations prove inaccurate or if discovery so justifies such amendment.

DATED this 28th day of February 2019:

| **GOODSPEED & MERRILL, LLC** | **KAISER IP, LLC** |
|---|---|
| */s/ Scott Drusch* | */s/ Ryan M. Kaiser* |
| Scott Drusch | Ryan M. Kaiser |
| *Counsel for Defendants* | |

*Counsel for Plaintiff and Cross-Claim Defendant*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of February 2019, a true and correct copy of the foregoing document entitled Motion was filed and served via this Court's CM/ECF system and was served by email, upon:

> Scott W. Drusch, Esq.
> GOODSPEED & MERRILL
> 7800 East Union Ave, Suite 600
> Denver, CO 80237
> sdrusch@goodspeedmerrill.com

>                               /s/ Ryan M. Kaiser
>                               **Ryan M. Kaiser**
>                               Illinois Bar No. 6289873
>                               Kaiser IP, LLP
>                               156 Carleton Ave.
>                               Glen Ellyn, IL 60137
>                               Telephone: (773) 474-8271
>                               Email: ryan@kaiserip.com
>                               *Attorney for Plaintiff and*
>                               *Counterclaim Defendant*